BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
MARY JO GRAVES
Senior Assistant Attorney General
CHARLES A. FRENCH
Supervising Deputy Attorney General
ANGELO S. EDRALIN
Deputy Attorney General
State Bar No. 190085
  1300 I Street
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 445-9909
  Fax: (916) 324-5567
Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELON MICHEAL WILLIAMS,

    Petitioner,                  No. CIV S-04-2284 GEB DAD P

    vs.

D.L. RUNNELS, et al.,

    Respondents.              <u>ORDER</u>
_____/

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. Respondents' August 17, 2005 request for an enlargement of time to file a response to petitioner's second amended petition is granted; and

    2. Respondents' response to Petitioner's Second Amended Petition for Writ of Habeas Corpus shall be filed on or before September 19, 2005.

DATED: August 22, 2005.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/will2284.111ap