IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELON MICHEAL WILLIAMS,

    Petitioner,                    No. CIV S-04-2284 GEB DAD P

    vs.

D.L. RUNNELS, et al.,

    Respondents.              ORDER

_____/

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. Respondents' September 16, 2005 request for enlargement of time to file responsive pleading is granted; and

    2. Respondents' response to Petitioner's Second Amended Petition for Writ of Habeas Corpus shall be filed on or before October 19, 2005.

DATED: September 20, 2005.

                                  /s/ Dale A. Drozd
                                  DALE A. DROZD
                                  UNITED STATES MAGISTRATE JUDGE

/will2284.111ap2