IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELON MICHEAL WILLIAMS,

      Petitioner,                          No. CIV S-04-2284 GEB DAD P

      vs.

D.L. RUNNELS, et al.,

      Respondents.                    FINDINGS AND RECOMMENDATIONS

_____/

      A recent court order was served on petitioner's address of record and was returned by the postal service as undeliverable. The returned mail was marked "Released 09/28/05" and "Unable to forward." No updated address has been provided by petitioner. It appears that petitioner has failed to comply with Local Rule 83-182(f), which requires that a party appearing in propria persona inform the court of any address change.

      Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for petitioner's failure to keep the court apprised of his current address. See Local Rules 83-182(f) and 11-110.

      These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within thirty days after being served with these findings and recommendations, petitioner may file

1

1 written objections with the court. A document containing objections should be titled "Objections
2 to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file
3 objections within the specified time may, under certain circumstances, waive the right to appeal
4 the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
5 DATED: October 25, 2005.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
will2284.133a