IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELON MICHEAL WILLIAMS,

      Petitioner,                 No. CIV S-04-2284 GEB DAD P

    vs.

D.L. RUNNELS, et al.,

      Respondents.         ORDER

_____/

        The docket for this case reflects that on October 20, 2005, petitioner's copy of the court's September 21, 2005 order was returned by the postal service marked "Released 09/28/05" and "Unable to forward." On October 25, 2005, the undersigned recommended that this action be dismissed for petitioner's apparent failure to keep the court apprised of his current address. Petitioner has filed objections in which he states that he is still located at High Desert State Prison and that any order returned to the court must have been returned in error by prison staff.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. This court's findings and recommendations filed October 25, 2005, are vacated;

        2. The Clerk is directed to re-serve a copy of the court's September 21, 2005 order upon petitioner at his address of record; and

      3.  Petitioner's traverse to respondents' answer shall be filed with the court and served on respondents' counsel within thirty days from the date of this order.

DATED: November 14, 2005.

                                        /s/ Dale A. Drozd
                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

DAD:13
will2284.vac